IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 SEP 20 PM 4:30

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:22CR210 |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. §§ 1028(a)(2) & (b)(1)(A), |
| WERNER MONTERROSO-MONTERROSO, | 18 U.S.C. §§ 1028(a)(3) & (b)(2)(A) |
| | 42 U.S.C. § 408(a)(7)(C) |
| Defendant. | 18 U.S.C. § 2 |

The Grand Jury charges that

COUNT I

On or about April 22, 2022, in the District of Nebraska, the defendant, WERNER MONTERROSO-MONTERROSO, did knowingly transfer an identification document, authentication feature, or a false identification document, to wit: a Social Security card and State of California Identification Card, and a State of Texas birth certificate, knowing that such document or feature was stolen or produced without lawful authority, and the identification document, authentication feature, and false identification document was or appears to have been issued by or under the authority of the United States, and the offense involved the production or transfer of an identification document, authentication feature, or false identification document that is or appears to be (i) an identification document or authentication feature issued by or under the authority of the United States; or (ii) a birth certificate, and a driver's license or personal identification card.

In violation of Title 18, United States Code, Sections 1028(a)(2) and 1028(b)(1)(A).

1

## COUNT II

On or about April 22, 2022, in the District of Nebraska, the defendant, WERNER MONTERROSO-MONTERROSO, did possess a Social Security Card or counterfeit Social Security Card, to wit: a purported Social Security Card in the name of S.M.M. with the Social Security Number XXX-XX-XX79, with the intent to sell it.

In violation of Title 42, United States Code, Section 408(a)(7)(C) and Title 18, United States Code, Section 2.

## COUNT III

On or about June 8, 2022, in the District of Nebraska, the defendant, WERNER MONTERROSO-MONTERROSO, did knowingly transfer an identification document, authentication feature, or a false identification document, to wit: a Social Security card and State of Nebraska Identification Card, and a State of Texas birth certificate, knowing that such document or feature was stolen or produced without lawful authority, and the identification document, authentication feature, and false identification document was or appears to have been issued by or under the authority of the United States, and the offense involved the production or transfer of an identification document, authentication feature, or false identification document that is or appears to be (i) an identification document or authentication feature issued by or under the authority of the United States; or (ii) a birth certificate, and a driver's license or personal identification card.

In violation of Title 18, United States Code, Sections 1028(a)(2) and 1028(b)(1)(A).

## COUNT IV

On or about June 8, 2022, in the District of Nebraska, the defendant, WERNER MONTERROSO-MONTERROSO, did possess a Social Security Card or counterfeit Social Security Card, to wit: a purported Social Security Card in the name of T.C., with the Social Security Number XXX-XX-XX43, with the intent to sell it.

In violation of Title 42, United States Code, Section 408(a)(7)(C) and Title 18, United States Code, Section 2.

## COUNT V

On or about August 24, 2022, in the District of Nebraska, the defendant, WERNER MONTERROSO-MONTERROSO, did knowingly possess with intent to use unlawfully or transfer unlawfully five or more identification documents not issued lawfully for the use of the defendant, authentication features, or false identification documents, to wit: Social Security cards, the identification documents, authentication features, and false identification documents were or appeared to have been issued by or under the authority of the United States.

In violation of Title 18, United States Code, Sections 1028(a)(3) and 1028(b)(2)(A).

A TRUE BILL:

_____
FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

CHRISTOPHER L. FERRETTI
Assistant U.S. Attorney

3